[74 NE3d 671, 52 NYS3d 287]

SUSAN M. COFFED, as Administrator of the Estate of JAMES B. COFFED, Deceased, Appellant, v JOHN N. McCARTHY et al., Respondents.

Argued March 23, 2017; decided May 2, 2017

### APPEARANCES OF COUNSEL

*Brown Chiari LLP*, Buffalo (*Angelo S. Gambino* of counsel), for appellant.

*Adams, Hanson, Rego & Kaplan*, Williamsville (*Nicole B. Palmerton* of counsel), for respondents.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be reversed, with costs, and defendants' motion for summary judgment denied. The record discloses triable issues of material fact that preclude summary judgment.

Chief Judge DIFIORE and Judges RIVERA, STEIN, GARCIA and WILSON concur; Judge FAHEY taking no part.

Order reversed, with costs, and defendants' motion for summary judgment denied, in a memorandum.